IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKF USA INC. : | |
| : | |
| Plaintiff, : | Case No. 08 CV 4709 |
| : | |
| v. : | Judge Moran |
| : | |
| DALE H. BJERKNESS, KEVIN KOCH, : | Magistrate Judge Denlow |
| JOSEPH J. SEVER, and WALTER : | |
| REMICK, JR. : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Plaintiff SKF USA Inc. ("SKF"), pursuant to Federal Rule of Civil Procedure 26(d), respectfully moves this Court for an order to conduct certain preliminary and limited discovery on an expedited basis in anticipation of the preliminary injunction hearing requested by SKF. In support of this Motion, SKF states as follows:

1. SKF filed a Verified Complaint and a Motion for Preliminary Injunction with this Court today against Defendants Dale H. Bjerkness, Kevin Koch, Joseph J. Sever, and Walter Remick, Jr. (collectively, the "Defendants").

2. SKF seeks injunctive relief against Defendants to enforce agreements containing non-competition, non-solicitation, and confidentiality provisions, to enjoin Defendants from tortiously interfering with SKF's contracts and business relations, and to enjoin Defendants from violating the Illinois Trade Secrets Act by disclosing, misappropriating and threatening to disclose and misappropriate the trade secrets of SKF.

3.      Based on the facts and issues set forth in SKF's Verified Complaint as well as in its Memorandum of Law in Support of Preliminary Injunction, SKF respectfully submits that it is entitled to expedited preliminary discovery in the form of an initial set of interrogatories, requests for production, requests to admit and the depositions of the Defendants and any former SKF customer who has terminated its contract with SKF to do business with Defendants or Equipment Reliability Services, Inc. Such limited and expedited discovery is reasonably necessary to minimize further harm and to permit Plaintiff to properly prepare for a preliminary injunction hearing.

Wherefore, for the reasons set forth above, SKF respectfully requests this Court enter an Order granting it leave to conduct discovery and ordering Defendants to respond to the following discovery on the following schedule:

a.      Upon leave of Court per this Order, Plaintiff shall issue and serve discovery on Defendants in the form of an initial set of interrogatories, requests for production, requests to admit and the deposition notices of Defendants;

b.      Within ten (10) days of service thereof, Defendants shall respond in writing and produce documents responsive to Plaintiff's initial set of interrogatories, requests for production, and requests to admit;

c.      Within five (5) days of Defendants' response to Plaintiff's written discovery requests, Plaintiff may take the depositions of Defendants at a time to be agreed between the parties at the offices of Locke Lord Bissell & Liddell LLP, 111 South Wacker, Chicago, IL 60606; and

d.      Within five (5) days of Defendants' response to Plaintiff's written discovery requests, Plaintiff may take the depositions of any former SKF customer who has

terminated its contract with SKF to do business with Defendants or Equipment Reliability Services, Inc.

                                                Respectfully submitted,

Dated: August 19, 2008

                                                s/ Ernesto R. Palomo
Terrence P. Canade (# 06196823)
Ernesto R. Palomo (# 06278186)
Locke Lord Bissell & Liddell LLP
111 South Wacker
Chicago, IL 60606
(312) 443-1862 (T.P. Canade)

and

Stephen J. Sundheim
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Plaintiff
SKF USA Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKF USA INC. : | |
| : | |
| Plaintiff, : | Case No. 08 CV 4709 |
| : | |
| v. : | Judge Moran |
| : | |
| DALE H. BJERKNESS, KEVIN KOCH, : | Magistrate Judge Denlow |
| JOSEPH J. SEVER, and WALTER : | |
| REMICK, JR. : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of Plaintiff's Motion for Expedited Discovery, IT IS HEREBY ORDERED that the Motion is GRANTED. It is further ORDERED that:

1. Plaintiff immediately may issue and serve discovery on Defendants in the form of an initial set of interrogatories, requests for production, requests to admit and the deposition notices of Defendants;

2. Within ten (10) days of service thereof, Defendants shall respond in writing and produce documents responsive to Plaintiff's initial set of interrogatories, requests for production, and requests to admit;

3. Defendants shall be given leave to issue and serve a similar set of discovery requests in the form of an initial set of interrogatories, requests for production, requests to admit, and two deposition notices;

      4.      Within ten (10) days of service thereof, Plaintiff shall respond in writing and produce documents responsive to Defendants' initial set of interrogatories, requests for production and requests to admit.

      5.      Within five (5) days of Defendants' response to Plaintiff's written discovery requests, Plaintiff may take the depositions of Defendants at a time to be agreed between the parties at the offices of Locke Lord Bissell & Liddell LLP, 111 South Wacker, Chicago, IL 60606;

      6.      Within five (5) days of Defendants' response to Plaintiff's written discovery requests, Plaintiff may take the depositions of any former SKF customer who has terminated its contract with SKF to do business with Defendants or Equipment Reliability Services, Inc.; and

      7.      Within five (5) days of responding to Defendants' written discovery requests, but not before the depositions of Defendants' representatives, Plaintiff shall produce two witnesses as requested by Defendants for depositions at a time and place to be agreed between the parties.

                                            SO ORDERED:

                                            _____, J.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Terrence Patrick Canade**
tcanade@lockelord.com

**Ernesto R. Palomo**
epalomo@lockelord.com

The undersigned hereby certifies that, on August 20, 2008, I caused a true and correct copy of the foregoing to be served via hand delivery on the following non-CM/ECF participants:

Stephen J. Sundheim
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Kevin Koch
713 Bourgin Road
Virginia, MN 55792

Walter Remick, Jr.
1200 Augusta Drive NE
Bemidji, MN 56601

Dale H. Bjerkness
11342 Sorenson Lake Lane
Merrifield, MN 56465

Joseph J. Sever
11751 West River Hills Drive, Apt. 215
Burnsville, MN 55337

                                                  s/ Ernesto R. Palomo
                                                  Ernesto R. Palomo