IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKF USA INC. | : |
| | : |
| Plaintiff, | : Case No. 08 CV 4709 |
| | : |
| v. | : Judge Moran |
| | : |
| DALE H. BJERKNESS, KEVIN KOCH, JOSEPH J. SEVER, and WALTER REMICK, JR. | : Magistrate Judge Denlow |
| | : |
| Defendants. | : |

**NOTICE OF MOTION**

TO: Megan M. Ruwe
WINTROP & WEINSTINE
Suite 3500
225 South Sixth Street
Minneapolis, MN 55402

PLEASE TAKE NOTICE that on Tuesday, August 26 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Moran, in Room 1843, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in his stead, and then and there present PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, a copy which is attached hereto and hereby served upon you.

Dated: August 19, 2008                    LOCKE LORD BISSELL & LIDDELL LLP

                                                                               _s/ Ernesto R. Palomo_
Terrence P. Canade (# 06196823)
Ernesto R. Palomo (# 06278186)
111 South Wacker
Chicago, IL 60606
(312) 443-1862 (T.P. Canade)

Stephen J. Sundheim
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Plaintiff
SKF USA Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Terrence Patrick Canade**
tcanade@lockelord.com

**Ernesto R. Palomo**
epalomo@lockelord.com

The undersigned hereby certifies that, on August 20, 2008, I caused a true and correct copy of the foregoing to be served via hand delivery on the following non-CM/ECF participants:

Stephen J. Sundheim
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Dale H. Bjerkness
11342 Sorenson Lake Lane
Merrifield, MN 56465

Kevin Koch
713 Bourgin Road
Virginia, MN 55792

Joseph J. Sever
11751 West River Hills Drive, Apt. 215
Burnsville, MN 55337

Walter Remick, Jr.
1200 Augusta Drive NE
Bemidji, MN 56601

                                                             s/ Ernesto R. Palomo
                                                             Ernesto R. Palomo