IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SKF USA INC. | : | FILED: AUG 19, 2008 |
| | : | 08CV4709 |
| | : | JUDGE MORAN |
| | : | MAGISTRATE JUDGE DENLOW |
| | : | RCC |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. __-CV-____ |
| DALE H. BJERKNESS, KEVIN KOCH, | : | |
| JOSEPH J. SEVER, and WALTER | : | |
| REMICK, JR. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF SKF USA INC.'S**
**RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Plaintiff SKF USA Inc., by and through the undersigned counsel, state for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 as follows:

SKF USA Inc. is a Delaware corporation and is owned 99.8% by AB SKF, a Swedish company that is publicly traded.

-2-

Dated: August 19, 2008                           LOCKE LORD BISSELL & LIDDELL LLP

                                                                                                           _s/ Ernesto R. Palomo_
Terrence P. Canade (# 06196823)
Ernesto R. Palomo (# 06278186)
111 South Wacker
Chicago, IL 60606
(312) 443-1862

Stephen J. Sundheim
Elizabeth S. Campbell
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Plaintiff
SKF USA Inc.