AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SKF USA INC.

      Plaintiff

      V.

DALE H. BJERKNESS, KEVIN KOCH, JOSEPH J. SEVER, and WALTER REMICK, JR.    Defendants

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Kevin Koch
713 Bourgin Road
Virginia, Minnesota 55792-2938

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Terrence P. Canade
Ernesto R. Palomo
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606

Stephen J. Sundheim
Elizabeth S. Campbell
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/_

(By) DEPUTY CLERK

**August 19, 2008**

Date

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # LOCLOB 38080 5034

Re: SKF USA v Bjerkness

STATE OF MINNESOTA

COUNTY OF ST. LOUIS                                         AFFIDAVIT OF SERVICE

_DAVID AKERSON_
(Name of Server), being duly sworn, on oath says that on _08/21_/2008 at _5:10_ P.M.
(Date of Service)         (Time of Service)

s(he) served the attached: (see attached addendum)

upon: Kevin Koch

therein named, personally at:   713 Bourgin Road
                                Virginia, MN 55792

by handling to and leaving with:

[ ] Kevin Koch
[X] a person of suitable age and discretion then and there residing at the usual abode of said, Kevin Koch

_LISA KOCH_                                                 _WIFE_
(Name of the Person with whom the documents were left)      (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me
_08/21_/2008.

_(Signature of Notary)_                                     _(Signature of Server)_

GINGER L. AKERSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215



**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # LOCLOB 38080 5034

Re: SKF USA v Bjerkness

**STATE OF MINNESOTA**

**COUNTY OF ST. LOUIS**    **ADDENDUM TO AFFIDAVIT OF SERVICE**

Summons; Verified Complaint; Attorney Appearance -- Palomo; Attorney Appearance -- Canade; Rule 7.1 and Local 3.2 Disclosure Statement; Notice of Motion - Expedited Discovery; Plaintiff's Motion for Expedited Discovery with [Proposed] Order; Notice of Motion - Preliminary Injunction; Plaintiff's Motion for Preliminary Injunction with [Proposed] Order; Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunction; and Exhibits 1-2

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994    F (612) 332-5215