AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SKF USA INC.

    Plaintiff

V.

DALE H. BJERKNESS, KEVIN KOCH, JOSEPH J. SEVER, and WALTER REMICK, JR.    Defendants

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Joseph J. Sever
11751 West River Hills Drive
Apartment 215
Burnsville, Minnesota  55337

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Terrence P. Canade
Ernesto R. Palomo
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL  60606

Stephen J. Sundheim
Elizabeth S. Campbell
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

**August 19, 2008**
_____
Date

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

David J. Sheffer, being duly sworn, on oath says:
that on August 20, 2008, at 7:00 PM he served the attached:

Summons; Verified Complaint; Attorney Appearance -- Palomo; Attorney Appearance -- Canade; Rule 7.1 and Local 3.2 Disclosure Statement; Notice of Motion - Expedited Discovery; Plaintiff's Motion for Expedited Discovery with [Proposed] Order; Notice of Motion - Preliminary Injunction; Plaintiff's Motion for Preliminary Injunction with [Proposed] Order; Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunction; and Exhibits 1-2 upon:

Joseph J. Sever, therein named, personally at:

#215, 11751 West River Hills Dr, Burnsville, County of Dakota, State of Minnesota, the usual abode of said Joseph J. Sever, by handing to and leaving with Nicole Sever, wife, a person of suitable age and discretion residing therein, a true and correct copy thereof.

Subscribed and sworn to before me on
8-20 , 2008

JILL A. J. ESSLER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010