**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

SKF USA Inc
                                    Plaintiff,

v.                                              Case No.: 1:08−cv−04709
                                                Honorable James B. Moran

Dale H Bjerkness, et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 26, 2008:

    MINUTE entry before the Honorable James B. Moran:Plaintiff's motion for expedited discovery [2] is entered and continued to 9/2/2008 as stated on the record. Plaintiff's motion for preliminary injunction [4] is entered and continued to 9/2/2008 as stated on the record. Motion hearing held on 8/26/2008 regarding motion for preliminary injunction [4] and motion to expedite [2]. Status hearing is set for 9/2/2008 at 09:15 AM. Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.