AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SKF USA INC.

       Plaintiff

       V.

DALE H. BJERKNESS, KEVIN KOCH, JOSEPH J. SEVER, and WALTER REMICK, JR.    Defendants

CASE NUMBER: 08CV4709
JUDGE MORAN

ASSIGNED JUDGE: MAGISTRATE JUDGE DENLOW RCC

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Walter Remick, Jr.
1200 Augusta Drive NE
Bemidji, Minnesota  56601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

| | |
|---|---|
| Terrence P. Canade | Stephen J. Sundheim |
| Ernesto R. Palomo | Elizabeth S. Campbell |
| Locke Lord Bissell & Liddell LLP | Pepper Hamilton LLP |
| 111 South Wacker Drive | 3000 Two Logan Square |
| Chicago, IL  60606 | Eighteenth & Arch Streets |
| | Philadelphia, PA  19103-2799 |

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

---------------------------------
**(By) DEPUTY CLERK**

**August 19, 2008**

---------------------------------
Date

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # LOCLOB 38081 5038

Re: SKF USA v Bjerkness

STATE OF MINNESOTA

COUNTY OF BELTRAMI

**AFFIDAVIT OF SERVICE**

_____Roy M. Anderson_____, being duly sworn, on oath says that on
(Name of Server)

__08__/__22__/2008 at __5:12__ PM
(Date of Service)     (Time of Service)

s(he) served the attached: (see attached addendum)

upon: Walter Remick, Jr.

therein named, personally at:   1200 Augusta Drive NE
                                Bemidji, MN 56601

by handling to and leaving with:

[X] Walter Remick, Jr.
[ ] a person of suitable age and discretion then and there residing at the usual abode of said, Walter Remick, Jr.

_____Walter Remick, Jr._____                    _____self_____
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

__08__/__25__/2008.

_____(Signature of Notary)_____

                                                (Signature of Server)
                                                Roy M. Anderson

**MARIE A. BOON**
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994  F (612) 332-5215



**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # LOCLOB 38081 5038
Re: SKF USA v Bjerkness

**STATE OF MINNESOTA**

**COUNTY OF BELTRAMI**

**ADDENDUM TO AFFIDAVIT OF SERVICE**

Summons; Verified Complaint; Attorney Appearance -- Palomo; Attorney Appearance -- Canade; Rule 7.1 and Local 3.2 Disclosure Statement; Notice of Motion - Expedited Discovery; Plaintiff's Motion for Expedited Discovery with [Proposed] Order; Notice of Motion - Preliminary Injunction; Plaintiff's Motion for Preliminary Injunction with [Proposed] Order; Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunction; and Exhibits 1-2

Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215