# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

SKF USA Inc

                              Plaintiff,

v.                                              Case No.: 1:08−cv−04709
                                                Honorable James B. Moran

Dale H Bjerkness, et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

        MINUTE entry before the Honorable James B. Moran:Status hearing held on
9/2/2008. Preliminary Injunction hearing is set for 10/21/2008 instead of 10/20/2008 at
10:00 AM. Pretrial order is due on 10/16/2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.