Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4709 | **DATE** | 9/3/2008 |
| **CASE TITLE** | SKF USA INC. Vs. DALE H. BJERKNESS, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Protective Order regarding the handling of documents, depositions, deposition exhibits, interrogatory answers, responses to requests to admit and other written, electronic, recorded or graphic material (Discovery Material) produced by or obtained from any party or other person from whom Discovery Material may be sought (the "Producing Party") during the proceedings in this action.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|